# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| EZEKIEL J. BOYD JR., | ) CASE NO. 5:25-CV-01544 |
| | ) |
| PLAINTIFF, | ) JUDGE JOHN R. ADAMS |
| | ) |
| vs. | ) |
| | ) **DEFENDANT SUMMA HEALTH'S** |
| SUMMA HEALTH, et al., | ) **CORPORATE DISCLOSURE** |
| | ) **STATEMENT** |
| DEFENDANTS. | ) |
| | ) |

Defendant Summa Health ("Summa"), by and through its undersigned counsel, and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.13(b), hereby states as follows:

1.     Summa is not a publicly held corporation nor a publicly held entity.

2.     No publicly held corporation owns 10% or more of the stock of Summa

3.     There are no publicly held corporations (including their affiliates) that have a substantial financial interest in the outcome of the above-captioned case.

Respectfully submitted,

*/s/ W. Eric Baisden*
W. ERIC BAISDEN (0055763)
MACKENZIE L. RINI (0097504)
**BENESCH, FRIEDLANDER, COPLAN &**
  **ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  ebaisden@beneschlaw.com
        mrini@beneschlaw.com

*Attorneys for Defendants Summa Health and*
*Brian Duman*

27600930 v1

2

## CERTIFICATE OF SERVICE

The foregoing *Defendant Summa Health's Corporate Disclosure Statement* was filed this 3rd day of October, 2025 using the Court's ECF System. All parties of record will receive a copy through the Court's system. A courtesy copy was emailed to Plaintiff at unlvgarysam69@gmail.com.

/s/ W. Eric Baisden
W. ERIC BAISDEN (0055763)

*One of the Attorneys for Defendants Summa Health and Brian Duman*

2