UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EZEKIEL J. BOYD, JR., | ) | CASE NO.: 5:25CV1544 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| SUMMA HEALTH, et al., | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Order filed contemporaneously with this Judgment Entry,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the amended complaint is hereby

DISMISSED.   Judgment is hereby entered in favor of Defendants.


IT IS SO ORDERED.


Date:   June 18, 2026             _____/s/ John R. Adams_____

JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE